**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MERIT STREET MEDIA, INC., | § | Chapter 7 |
| | § | |
| *Debtor*. | § | Case No. 25-80156-7 (SWE) |
| | § | |
| ——————————————— | § | |
| | § | |
| DARCY LYNN RIBMAN 1997 TRUST, | § | |
| | § | |
| *Appellant*, | § | |
| | § | Civil Action No. 3:25-CV-3348-E |
| v. | § | |
| | § | Hon. Senior Judge David C. Godbey |
| TRINITY BROADCASTING OF TEXAS, | § | |
| INC., et al., | § | |
| | § | |
| *Appellees*. | § | |

**DARCY LYNN RIBMAN 1997 TRUST'S UNOPPOSED MOTION TO TRANSFER**

Appellant Darcy Lynn Ribman 1997 Trust (the "Trust") respectfully request that this Court transfer this appeal action to the Court of the Honorable Judge Sam A. Lindsay, where two related cases are pending.

1.      The Trust initiated this action on December 5, 2025, by filing a Motion for Leave to Appeal, Dkt. 1, regarding certain rulings and orders issued in connection with the U.S. Bankruptcy Court for the Northern District of Texas's order finding Mr. Ribman was an agent of the Trust. *See In re Media Street Media, Inc., Bankr*. No. 25-8015600-swe-11 (Bankr. N.D. Tex.).

2.      There are two related cases, *Merit Street Media, Inc., et al. v. Trinity Broadcasting of Texas, Inc., et al.*, No. 3:25-cv-03186-L (N.D. Tex.) and *Peteski Productions, Inc., et al. v. Trinity Broadcasting of Texas, Inc., et al.*, No. 3:25-cv-01390-L (N.D. Tex.), already pending before the

Honorable Judge Sam A. Lindsay (the "Related Cases"). The Related Cases concern Peteski Productions, Inc. and Phillip C. McGraw, PhD's (collectively, "Petitioners") and Merit Street Media, Inc.'s ("MSM") appeals from the bankruptcy court's conversion order and related rulings and orders. MSM, the appellant in one Related Case (Petitioners are the appellants in the other), and Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc. (collectively, "TBN") and Professional Bull Riders, LLC ("PBR")—the appellees in both Related Cases—do not oppose the relief requested in this motion.

"The Fifth Circuit adheres to the general rule that the court in which an action is first filed is the appropriate court to determine whether subsequently filed cases involving substantially similar issues should proceed." *Save Power Ltd. v. Syntek Fin. Corp.*, 121 F.3d 947, 950 (5th Cir. 1997). This is true regardless of whether the cases are in different districts or whether they are pending "before two judges in the same district, as is the case here." *Id.* The suits need not be identical for the "first to file" rule to necessitate transfer; it is enough "if they overlap on the substantive issues." *Id.* (quoting *Mann Mfg., Inc. v. Hortex, Inc.*, 439 F.2d 403, 408 (5th Cir. 1971)). Denial of a motion to transfer to the first-filed court when issues in subsequent litigation substantially overlap is an abuse of the court's discretion. *Id.* at 952.

Here, the Related Cases were filed first, as evidenced by their case numbers, and they remain pending before Judge Lindsay. And these cases all involve substantially similar issues. Both the Related Cases and this appeal action arise from the same underlying bankruptcy proceedings, involve many of the same parties, and concern the same common nucleus of operative facts and overlapping legal points. Also, the substantive issues are largely similar, and at least overlapping, because they arise from the same operative facts and are grounded in the same underlying rulings and orders issued by the bankruptcy court.

Given the "first to file" rule and the substantially similar operative facts and overlap in issues involved between this appeal action and the Related Cases, the Trust respectfully requests that this Court transfer this action to the Honorable Judge Sam A. Lindsay. *See also Peteski Prods. Inc., et al. v. Trinity Broad. of Tex. Inc., et al.*, No. 3:25-cv-03190-L (Dec. 2, 2025 N.D. Tex.), Dkt. 18 (Judge Godbey transferring Petitioners' appeal based on the first-to-file rule to Judge Lindsay, "who has a related case with the lower case number").

WHEREFORE, the DR 1997 Trust respectfully requests that the Court transfer this action to the Court of the Honorable Judge Sam A. Lindsay.

Dated: February 5, 2026

Respectfully submitted,

*/s/ David S. Coale*

David S. Coale
State Bar No. 00787255
dcoale@lynnllp.com
**LYNN PINKER HURST &
  SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:    214-292-3601
Facsimile:    214-981-3839

-and-

**GRAY REED**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:    (214) 954-4135
Facsimile:    (214) 953-1332
Email: jbrookner@grayreed.com
lwebb@grayreed.com

***Attorneys for Appellant***

3

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Appellant spoke with counsel for Appellees regarding the relief requested in this motion on February 5, 2026, and Appellees are unopposed to the relief sought herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, the foregoing document was filed using the CM/ECF system, which will send notification of such filing to counsel for all parties of record.

*/s/ David S. Coale*
David S. Coale